# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Michael E. Blackwood <br> *Plaintiff* <br> v. <br> Cumberland County, Tennessee, et al. <br> *Defendant* | Civil Action No. 2:18-cv-69 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kenneth Carey, Jr.
Cumberland County Mayor
2 North Main Street, Suite 203
Crossville, TN 38555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas B. Janney III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

08/20/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-69

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Kenneth Carey, Jr.

was received by me on *(date)*    08/21/2018  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons on Kenneth Carey, Jr., via Certified U.S. Mail, proof attached, on 08/23/2018.

My fees are $   5.29   for travel and $ _____ for services, for a total of $   5.29   .

I declare under penalty of perjury that this information is true.

Date:   09/19/2018

                                       s/Douglas B. Janney III
                                             *Server's signature*

                                       Douglas B. Janney III
                                            *Printed name and title*

                           2002 Richard Jones Road, Suite B-200, Nashville, TN 37215

                                            *Server's address*

Additional information regarding attempted service, etc:

ALERT: USPS SERVICES IMPACTED BY HURRICANE LANE IN HAWAII. READ MORE ›...

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70180360000210000712

**Expected Delivery by**

**THURSDAY**

**23** AUGUST 2018 ⓘ

by **8:00pm** ⓘ

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CROSSVILLE, TN 38555

Certified Mail Fee $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $1.84

Total Postage and Fees $5.29

Sent To Kenneth Carey, Jr.
Street and Apt. No., or PO Box No. 2 N. Main St, Ste. 203
City, State, ZIP+4® Crossville, TN 38555

Postmark Here AUG 21 2018
08/21/2018

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

✓ **Delivered**

August 23, 2018 at 9:50 am
Delivered, Left with Individual
CROSSVILLE, TN 38555

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**Tracking History** ⌃

**August 23, 2018, 9:50 am**
Delivered, Left with Individual
CROSSVILLE, TN 38555

Your item was delivered to an individual at the address at 9:50 am on August 23, 2018 in CROSSVILLE, TN 38555.

**August 22, 2018, 5:03 pm**
Departed USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

**August 22, 2018**
In Transit to Next Facility

**August 21, 2018, 10:32 pm**
Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

**August 21, 2018, 2:26 pm**
USPS in possession of item
NASHVILLE, TN 37215

---

**Product Information** 

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**